UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEREJE ASRAT DEGFU,

               Petitioner,

   v.

JASON BENNETT,

               Respondent.

Case No. 2:24-cv-01275-JNW-TLF

ORDER DENYING MOTION TO STAY WITHOUT PREJUDICE

Petitioner Dereje Asrat Degfu is proceeding *pro se* in this federal habeas corpus action. Dkt. 1. In August, 2024, petitioner presented a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241. *Id.* On September 25, 2024, the Court issued an order to show cause noting that the petition was properly reviewed under 28 U.S.C. § 2254 and directing petitioner to show cause by October 25, 2024, why his petition and this action should not be dismissed for failure to exhaust state court remedies. Dkt. 4.

Petitioner now moves to stay the habeas proceeding. Dkt. 5. Petitioner asks that "the due date ORDER TO SHOW CAUSE 10/25/24 is requested to be stricken at this time to preserve the right to appeal a judgment by this court." *Id.* However, there is no indication petitioner has filed a notice of appeal in this case and it is unclear what "judgment" petitioner is seeking to appeal.

//

ORDER DENYING MOTION TO STAY WITHOUT
PREJUDICE - 1

Accordingly, because the grounds for petitioner's motion is unclear, the motion to stay (5) is DENIED without prejudice.

Dated this 18th day of October, 2024.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER DENYING MOTION TO STAY WITHOUT PREJUDICE - 2